July 20, 2017



# JUDGMENT

# The Fourteenth Court of Appeals

CHRISTOPHER A. BRYAN AND MARIANNE MCBRIDE, Appellants

NO. 14-17-00198-CV                                    V.

CHARLES ANDERSON AND C N C INDUSTRIES, LLC, Appellees

_____

Today the Court heard appellants' motion to dismiss the appeal from the judgment signed by the court below on March 1, 2017. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellants, Christopher A. Bryan and Marianne McBride.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.